Opinion filed December 4, 2014



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00269-CR, 11-14-00270-CR, & 11-14-00271-CR

_____

## GEORGE ALFORD FORD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause Nos. CR22577, CR22666, & CR22667**

### M E M O R A N D U M   O P I N I O N

George Alford Ford, Appellant, filed a pro se notice of appeal in these cases. When this court received the trial court's certification of Appellant's right of appeal, we noted that the trial court had certified that these cases are plea-bargain cases and that Appellant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). We therefore issued a letter requesting that Appellant show grounds to continue the appeals. Appellant has filed a response in which he addresses the merits of his

cases, actions taken by the trial court, trial counsel's ineffective assistance, and his desire for this court to appoint other counsel to represent him in these appeals. Appellant has not shown grounds upon which these appeals may continue. We dismiss the appeals.

The documents on file in this court reflect that Appellant and the State entered into a plea agreement with respect to the underlying causes, that Appellant pleaded guilty, and that the trial court assessed his punishment in each case pursuant to the terms of the plea agreement. Thus, the trial court's certification—which reflects that each cause "is a plea-bargain case, and the defendant has NO right of appeal"—is supported by the documents on file in this court and is not defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Appellant's appeals are therefore prohibited by Rule 25.2, and we must dismiss the appeals without further action. TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, these appeals are dismissed.

PER CURIAM

December 4, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2